# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **BOARD OF TRUSTEES OF THE I.B.E.W. LOCAL NO. 332 HEALTH AND WELFARE PLAN, et al. (see attached Attachment),** Plaintiff(s) | CASE NUMBER: 5:24-cv-03566-BLF |
| v. **McKEE & COMPANY ELECTRIC, a California corporation; and STEVEN McKEE, an individual,** Defendant(s) | **WRIT OF EXECUTION** |

**TO: THE UNITED STATES MARSHAL FOR THE NORTHERN DISTRICT OF CALIFORNIA**
You are directed to enforce the Judgment described below with interest and costs as provided by law.

On July 1, 2026 a judgment was entered in the above-entitled action in favor of:

Board of Trustees of the I.B.E.W. Local No. 332 Health and Welfare Plan, et al. (see attached Attachment),

as Judgment Creditor and against:

McKee & Company Electric, a California corporation, and Steven McKee, an individual,

as Judgment Debtor, for:

$ 291,434.00 Principal,
$ 0.00 Attorney Fees,
$ 0.00 Interest **, and
$ 0.00 Costs, making a total amount of
$ **291,434.00** **JUDGMENT AS ENTERED**

****NOTE: JUDGMENTS REGISTERED UNDER 28 U.S.C. §1963 BEAR THE RATE OF INTEREST OF THE DISTRICT OF ORIGIN AND CALCULATED AS OF THE DATE OF ENTRY IN THAT DISTRICT.**

WHEREAS, according to an affidavit and/or memorandum of costs after judgment it appears that further sums have accrued since the entry of judgment **in the** Northern **District of** California, to wit:

$ 1,688.52 accrued interest, and

$ 0.00 accrued costs, making a total of

$ **1,688.52** **ACCRUED COSTS AND ACCRUED INTEREST**

Credit must be given for payments and partial satisfaction in the amount of $ 0.00 which is to be credited against the total accrued costs and accrued interest, with any excess credited against the judgment as entered, leaving a net balance of:

$ **293,122.52** **ACTUALLY DUE** on the date of the issuance of this writ of which

$ 291,434.00 Is due on the judgment as entered and bears interest at 3.99 percent per annum, in the amount of $ 31.86 per day, from the date of issuance of this writ, to which must be added the commissions and costs of the officer executing this writ.

MARK B. BUSBY
CLERK, UNITED STATES DISTRICT COURT

Dated: 9/3/2026

By: [signature]
Deputy Clerk

The following are name(s) and address(es) of the judgment debtor(s) to whom a copy of the Writ of Execution must be mailed unless it was served at the time of the levy. This information must be filled in by counsel requesting this writ.

McKee & Company Electric
3075 23rd St.
San Francisco, CA 94110

Steven McKee
3075 23rd St.
San Francisco, CA 94110

**NOTICE TO THE JUDGMENT DEBTOR**

You may be entitled to file a claim exempting your property from execution. You may seek the advice of an attorney or may, within ten (10) days after the date the notice of levy was served, deliver a claim of exemption to the levying officer as provided in Sections 703.510 - 703.610 of the California Code of Civil Procedure.

**ATTACHMENT**

**LIST OF ALL JUDGMENT CREDITORS (PLAINTIFFS)**

Case No. 5:24-cv-03566-BLF

1. The Board of Trustees of the I.B.E.W. Local No. 332 Health and Welfare Plan
2. I.B.E.W. Local No. 332 Health and Welfare Plan, on behalf of themselves and their Participants and Beneficiaries and as Collection Agent for:
    a. The Board of Trustees for the I.B.E.W. Local Union No. 332
    b. I.B.E.W. Local 332 Pension Plan Part A
    c. I.B.E.W. Local 332 Pension Plan Part B
    d. Joint Electrical Industry Fund
    e. National Electrical Benefit Fund
    f. Santa Clara County Electrical Industry Apprenticeship and Training Trust
    g. Santa Clara Valley Chapter, Inc., National Electrical Contractors Association, Inc.
    h. National Labor-Management Cooperation Committee
    i. Administrative Maintenance Fund